UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMIRO CHAVEZ-VEGA, | CASE NO. C11-1038 MJP-MAT |
| Petitioner, | ORDER GRANTING VOLUNTARY DISMISSAL |
| v. | |
| NATHALIE ASHER, Seattle Field Office Director, United States Immigration and Customs Enforcement, | |
| Respondent. | |

This matter comes before the Court on Petitioner's motion to dismiss writ of habeas corpus. (Dkt. No. 14.) The Court GRANTS Petitioner's motion to voluntarily dismiss. The Court will not consider Magistrate Judge Mary Alice Theiler's Report and Recommendation, because the petition is now moot. The clerk is ordered to provide copies of this order to all counsel. Dated this 14th day of October, 2011.

Marsha J. Pechman
United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL- 1